# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
## DIVISION ONE

| | |
|---|---|
| STATE OF WASHINGTON<br><br>                   Respondent,<br>  v.<br><br>STEVEN HOUSER,<br><br>                Appellant. | No. 70913-5-I<br><br><br><br>UNPUBLISHED OPINION<br><br>FILED:  OCT 1 3 2014 |

PER CURIAM – Steven Houser appeals his conviction for driving under the influence (DUI).[1] He argues, and the State concedes, that the information was constitutionally insufficient because it failed to include an essential element, i.e., that Houser had four or more prior DUI offenses within ten years. See State v. Cochrane, 160 Wn. App. 18, 24, 253 P.3d 95 (2011) (failure to include "within ten years" language is fatal defect in information). We accept the State's concession and reverse and dismiss Houser's conviction. This renders Houser's pro se arguments moot.

Reversed and dismissed.

_____

_____

_____

---

[1] Houser does not appeal his conviction for driving with a revoked license.